JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TONNY TRAN and VIRGILIO PERES, individually, and on behalf of other similarly situated employees,

Plaintiffs,

vs.

VCI CONSTRUCTION, LLC; and DOES 1 through 25, inclusive,

Defendants.

Case No. 5:26-cv-01889 KK (SPx)

*Assigned for all purposes to:*
*Hon. Kenly Kiya Kato (District Judge)*
*Hon. Sheri Pyn (Magistrate Judge)*

*[Removed from Superior Court of California, County of San Bernardino, Case No. CIVRS2602039]*

**ORDER GRANTING JOINT STIPULATION TO REMAND**

- 1 -
ORDER GRANTING JOINT STIPULATION TO REMAND

## ORDER

The Court, having reviewed and considered the Joint Stipulation to Remand, and good cause appearing, **IT IS HEREBY ORDERED:**

1) This Action is hereby REMANDED to the Superior Court of California for the County of San Bernardino; and

2) The Parties will bear their respective attorneys' fees and costs incurred in the remand of this Action.

DATED: May 11, 2026

By: _____

Hon. Kenly Kiya Kato
United States District Judge