

**COPY**

## United States District Court
### Central District of California
### Office of the Clerk

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

May 12, 2026

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

MAY 1 9 2026

BY Makeda Joyeux, Deputy

Superior Court of California
County of San Bernardino
8303 Haven Avenue
Rancho Cucamonga CA 91730

Re:    Case Number: 5:26-cv-01889-KK-SPx

Previously Superior Court Case No.: CIVRS2602039

Case Name: Tonny Tran, et al., v. VCI Construction, LLC, et al.

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ___May 11, 2026___, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

☐ United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

☐ United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

☑ United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

MAY 1 9 2026

Date

Clerk, Superior Court

By: _____
Deputy Clerk

Makeda Joyeux

G-17 (06/24)          **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT**



**SUPERIOR COURT OF CALIFORNIA**
**County of San Bernardino**
**Rancho Cucamonga District**
8303 Haven Avenue
Rancho Cucamonga, CA 91730
www.sb-court.org

RETURN
SERVICE
REQUESTED

PRESORTED
FIRST CLASS



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

Intake

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

DSJLRMP   92501

